QUENTES v. STATE.

(Court of Criminal Appeals of Texas. Nov. 20, 1912.)

CRIMINAL LAW (§ 1097*)—APPEAL AND ERROR—STATEMENT OF FACTS.

In the absence of a statement of facts in a criminal case, a question, raised by motion for new trial, on whether the verdict and judgment were contrary to the law and evidence, cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 3941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

Louis Quentes was convicted of burglary, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of burglary, and given the lowest penalty.

There is no bill of exception and no statement of facts. The only question raised is by a motion for new trial, to the effect that the verdict and judgment is contrary to the law and the evidence. Of course, this cannot be passed upon without a statement of facts.

The judgment is affirmed.